**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7739**

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

JOSEPH WASHINGTON, III, a/k/a Mr. Washington,

          Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.   James P. Jones, District Judge. (3:02-cr-00053-JHM-1)

Submitted:  May 4, 2012         Decided:  May 11, 2012

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Washington, III, Appellant Pro Se.   Bruce A. Pagel, OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia; Jeb Thomas Terrien, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph McKinley Washington, III appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Washington</u>, No. 3:02-cr-00053-JHM-1 (W.D. Va. filed Dec. 12, 2011 & entered Dec. 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>